1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 SIDDHARTH HARIHARAN,<br>individually and on behalf of all others<br>12 similarly situated, | Case No. C 11-CV-2509-LHK |
| 13             Plaintiff, | **STIPULATED [PROPOSED] PRETRIAL**<br>**ORDER NO. 1** |
| 14 v. | |
| 15 ADOBE SYSTEMS INC., *et al.*, | |
| 16             Defendants. | |

| | |
|---|---|
| 17 BRANDON MARSHALL, individually<br>and on behalf of all others similarly<br>18 situated, | Case No. C 11-CV-3538-LHK |
| 19             Plaintiff, | |
| 20 v. | |
| 21 ADOBE SYSTEMS INC., *et al.*, | |
| 22             Defendants. | |

| | |
|---|---|
| 23 MICHAEL DEVINE, individually and on<br>behalf of all others similarly situated, | Case No. C 11-CV-3539-LHK |
| 24             Plaintiff, | |
| 25 v. | |
| 26 ADOBE SYSTEMS INC., *et al.*, | |
| 27             Defendants. | |

28   *caption continues on next page*

| | |
|---|---|
| 1 | MARK FICHTNER, individually and on behalf of all others similarly situated, | Case No. C 11-CV-3540-LHK |

MARK FICHTNER, individually and on behalf of all others similarly situated,

             Plaintiff,

v.

ADOBE SYSTEMS INC., *et al.*,

             Defendants.

Case No. C 11-CV-3540-LHK

DANIEL STOVER, individually and on behalf of all others similarly situated,

             Plaintiff,

v.

ADOBE SYSTEMS INC., *et al.*,

             Defendants.

Case No. C 11-CV-3541-LHK

WHEREAS, individual and representative plaintiffs Siddharth Hariharan, Brandon Marshall, Michael Devine, Mark Fichtner, and Daniel Stover ("Plaintiffs") have filed complaints ("Complaints") in the above-captioned actions for alleged violations of the antitrust laws by Adobe Systems Inc., Apple Inc., Google Inc., Intel Corp., Intuit Inc., Lucasfilm Ltd., Pixar, and DOES 1-200 ("Defendants"), pursuant to California's antitrust statute, Business and Professions Code sections 16720, *et seq.* (the "Cartwright Act"); Business and Professions Code section 16600 ("Section 16600"); and California's unfair competition law, Business and Professions Code sections 17200, *et seq.* (the "Unfair Competition Law");

WHEREAS, Plaintiffs seek to proceed on behalf of a proposed class as defined in the Consolidated Amended Complaint (the "Proposed Class");

WHEREAS, Plaintiffs have agreed to file a master consolidated amended complaint including each of them and superseding the Complaints currently on file;

WHEREAS, consolidation of the Complaints and other like actions will avoid duplication and unnecessary costs, and will promote the efficient conduct of proceedings herein;

**NOW, THEREFORE, THE COURT ORDERS**:

1

**I.      CONSOLIDATION**

2

       1.      Each of the above-captioned actions (collectively, the "Consolidated Action") is

3

hereby consolidated for all purposes pursuant to Federal Rule of Civil Procedure 42(a).

4

**II.     MASTER DOCKET AND MASTER FILE**

5

       2.      A Master Docket and a Master File under the civil action number that has been

6

assigned to the first-filed case, *Siddharth Hariharan v. Adobe Systems Inc., et al.*, Case No. 11-

7

CV-2509-LHK, are hereby established for the Consolidated Action.  All docket entries regarding

8

the Consolidated Action shall be docketed under the Master File number 11-CV-2509-LHK.  If a

9

document pertains to only one or some of the consolidated cases, it will be docketed on the

10

Master Docket with the notation in the docket text as to the case number(s) to which it pertains.

11

**III.    APPLICATION OF THIS ORDER TO SUBSEQUENTLY FILED OR
         TRANSFERRED CASES**

12

13

       3.      When a case which relates to the subject matter of the Consolidated Action is

14

hereafter filed in this Court or transferred here from another court, the Clerk of Court shall make

15

an appropriate entry in the Master Docket.  Counsel for Plaintiffs in the Consolidated Action shall

16

promptly mail a copy of this Order to counsel for plaintiff(s) in each subsequently filed or

17

transferred related action and to counsel for any defendant(s) in each such action not already a

18

party to the Consolidated Action.  Promptly thereafter, upon notice to counsel for the parties in

19

each such action, counsel for Plaintiffs in the Consolidated Action shall submit to the Court a

20

proposed order consolidating any such action with the Consolidated Action.

21

**IV.     CAPTION OF CASES**

22

       4.      All papers hereafter filed in the Consolidated Action shall bear the following

23

Caption:

24

25

| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
|---|---|

26

27

| THIS DOCUMENT RELATES TO: |
|---|

28

- 3 -

5.      When a pleading or other court paper is intended to apply to all actions to which this Order is applicable, the words "All Actions" shall appear immediately after the words "THIS DOCUMENT RELATES TO" in the caption set out above.  When a pleading or other court paper is intended to be applicable only to a subset of the Actions, the separate caption and docket number for each individual action to which the pleading is intended to be applicable shall appear immediately after or below the words "THIS DOCUMENT RELATES TO" in the caption described above.  The short form of the case caption ([named plaintiff] v. [first named defendant], *et al.*) for such actions may be used.

## V.      FILING AND DOCKETING

6.      All papers previously filed and served to date in any of the above-referenced actions are hereby deemed part of the record in 11-CV-2509-LHK.

7.      When a paper is filed and the caption shows that it is to be applicable to "All Actions," such paper shall be filed in the Master File and the Clerk shall note such filing in the Master Docket.  Such papers need not be filed, and docket entries need not be made, in any other case file.

8.      When a paper is filed and the caption shows that it is to be applicable to fewer than all of the Consolidated Actions, such paper shall be filed in the Master File, and the clerk shall note such filing in both the Master Docket and the docket of each such action.  Thus, the paper should only be filed in the Master File in 11-CV-2509-LHK.

## VI.      ECF AND SERVICE OF DOCUMENTS

9.      This case is subject to Electronic Case Filing ("ECF"), pursuant to General Order 45, Section VI, which requires that all documents in such a case be filed electronically.  If counsel has not already done so, counsel shall register forthwith as an ECF user and be issued an ECF user ID and password.  Forms and instructions can be found on the Court's website at ecf.cand.uscourts.gov.

10.      All documents shall be e-filed in the Master File in 11-CV-2509-LHK.  Papers that are filed electronically through the Court's ECF system are deemed served on all parties as of the

STIPULATED [PROPOSED] PRETRIAL ORDER
CASE NOS. CV 11-2509-LHK, ETC.

1   date of filing.  All other service of papers shall be governed by the Rules of Civil Procedure,

2   unless otherwise agreed by the parties.

3   **VII.    PRESERVATION OF EVIDENCE**

4          11.    Until the parties agree on a preservation plan or the Court orders otherwise, each

5   party shall take reasonable steps to preserve all documents, data, and tangible things containing

6   information potentially relevant to the subject matter of this litigation.

7   **VIII.   CONSOLIDATED AMENDED COMPLAINT AND RESPONSE**

8          12.    On September 2, 2011, Plaintiffs provided Defendants with a courtesy copy of the

9   Consolidated Amended Complaint.  Within two days after an order from the Court consolidating

10  the above-captioned actions, Plaintiffs shall file the Consolidated Amended Complaint.  The

11  Consolidated Amended Complaint shall be deemed Plaintiffs' initial filing for purposes of

12  Federal Rule of Civil Procedure 15(a).  The Consolidated Amended Complaint shall relate back

13  to the date of the first-filed action, *Siddharth Hariharan v. Adobe Systems Inc., et al.*, Case No.

14  11-CV-2509-LHK, for all purposes.  Defendants shall have no obligation to answer, move, or

15  otherwise plead in response to the previously-filed Complaints.

16         13.    Defendants shall answer, move, or otherwise plead in response to the Consolidated

17  Amended Complaint by October 13, 2011.  If Defendants respond with a motion to dismiss:

18             a.    Defendants, while reserving their rights to file separate motions to dismiss

19  to the extent any deems it necessary to do so, will endeavor to file a single consolidated motion

20  accompanied by a single consolidated memorandum of points and authorities, not exceeding

21  thirty pages in length.

22             b.    If Defendants file a single motion to dismiss as described in Paragraph a.

23  above, Plaintiffs shall file a single consolidated opposition memorandum of points and authorities

24  by November 11, 2011, not exceeding thirty pages in length.

25             c.    If Defendants file a single motion to dismiss as described in Paragraph a.

26  above, Defendants may file a single consolidated reply memorandum by December 9, 2011, not

27  exceeding twenty pages in length.

28

d.   If Defendants file more than one motion to dismiss, the schedule listed above will not change.  However, Defendants will so inform Plaintiffs by September 28, 2011, and the Parties shall meet and confer regarding the appropriate length of the opposition and reply briefs.

14.   These deadlines do not alter any deadlines or conference dates previously set by the Court.

**IX.   ORGANIZATION OF PLAINTIFFS' COUNSEL**

15.   Pursuant to Federal Rule of Civil Procedure 23(g)(3), the Court designates Joseph R. Saveri of Lieff, Cabraser, Heimann & Bernstein, LLP, as interim Lead Counsel on behalf of all Plaintiffs and the Proposed Class in the Consolidated Action.

16.   Lead Counsel shall have authority over the following matters on behalf of all Plaintiffs and the Proposed Class in the Consolidated Action:

a.   convening meetings of Plaintiffs' counsel;

b.   the initiation, response, scheduling, briefing, and argument of all motions;

c.   the scope, order, and conduct of all discovery proceedings;

d.   making such work assignments as among themselves and other Plaintiffs' counsel as they may deem appropriate;

e.   collecting time and expense reports from all Plaintiffs' counsel on a periodic basis;

f.   the retention of experts;

g.   the designation of which Plaintiffs' attorneys shall appear at hearings and conferences with the Court;

h.   settlement negotiations and agreements with Defendants; and

i.   all other matters concerning the prosecution of the Consolidated Action.

17.   No motion shall be filed on behalf of all Plaintiffs in the Consolidated Action except through Lead Counsel or his designee(s).

18.   Defendants' counsel may rely on all agreements made with Lead Counsel, and such agreements shall be binding on all other Plaintiffs.

- 6 -

1    19.     The Court designates the following to act, with Lead Counsel, as members of the

2    Executive Committee on behalf of all Plaintiffs in the Consolidated Action:  Eric L. Cramer of

3    Berger & Montague, P.C. and Linda P. Nussbaum of Grant & Eisenhofer P.A.  Members of the

4    Executive Committee shall, on a regular basis, confer regarding the administration and

5    prosecution of the Consolidated Action.

6
     **IT IS HEREBY STIPULATED.**
7

8    Dated:  September 6, 2011          LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

9
                                        By:   */s/ Joseph R. Saveri*
10                                            JOSEPH R. SAVERI
                                             Attorneys for individual and representative Plaintiffs
11                                           Siddharth Hariharan, Brandon Marshall, Michael Devine,
                                             Mark Fichtner, and Daniel Stover
12

13

14   Dated:  September 6, 2011          O'MELVENY & MYERS LLP

15
                                        By:   */s/ Michael F. Tubach*
16                                            MICHAEL F. TUBACH
                                             Attorneys for Defendant
17                                           APPLE INC.

18   Dated:  September 6, 2011          KEKER & VAN NEST LLP

19
                                        By:   */s/ Daniel Purcell*
20                                            DANIEL PURCELL
                                             Attorneys for Defendant
21                                           LUCASFILM LTD.

22

23   Dated:  September 6, 2011          JONES DAY

24
                                        By:   */s/ David C. Kiernan*
25                                            DAVID C. KIERNAN
                                             Attorneys for Defendant
26                                           ADOBE SYSTEMS INC.

27

28

1

Dated:  September 6, 2011          MAYER BROWN LLP

2

3                                  By:  ___/s/ Lee H. Rubin_____
                                        LEE H. RUBIN
                                        Attorneys for Defendant
4                                       GOOGLE INC.

5

6   Dated:  September 6, 2011          BINGHAM McCUTCHEN LLP

7

8                                  By:  ___/s/ Holly A. House_____
                                        HOLLY A. HOUSE
                                        Attorneys for Defendant
9                                       INTEL CORPORATION

10  Dated:  September 6, 2011          JONES DAY

11

12                                 By:  ___/s/ Robert A. Mittelstaedt_____
                                        ROBERT A. MITTELSTAEDT
13                                      Attorneys for Defendant
                                        INTUIT INC.

14

15  Dated:  September 6, 2011          COVINGTON & BURLING LLP

16

17                                 By:  ___/s/ Emily Johnson Henn_____
                                        EMILY JOHNSON HENN
                                        Attorneys for Defendant
18                                      PIXAR

19

20

21

22

23

24

25

26

27

28

931334.1                              - 8 -

1

**<u>Filer's Attestation</u>**

2

Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in

3

the filing of the document has been obtained from all the signatories.

4

5

Dated:  September 6, 2011

*/s/ Dean M. Harvey*

6

DEAN M. HARVEY
LIEFF CABRASER HEIMANN

7

 & BERNSTEIN, LLP

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   **IT IS SO ORDERED.**

2

3   Dated: _____

4                                             _____
                                              HON. LUCY H. KOH
                                              UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28